```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLED TRADES,
A.F.L.-C.I.O.,

                    Petitioner,

    - against -

IMPACT STOREFRONT DESIGNS,

                    Respondent.

22-cv-10519(JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The respondent may respond to the pending motion for summary judgment to confirm an arbitration award by **March 22, 2023**. The petitioner may reply thereafter by **April 1, 2023**. If the respondent does not submit an opposition by March 22, the motion will be decided on the current papers.

    The conference scheduled for **March 21, 2023** is **canceled**.

SO ORDERED.

Dated:    New York, New York
            March 14, 2023

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                    United States District Judge