UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DISTRICT COUNCIL NO. 9,
INTERNATIONAL UNION OF ALLIED,
PAINTERS AND ALLIED TRADES, AFL-CIO,

                Petitioner,              22 **CIVIL** 10519 (JGK)

    -against-                    **JUDGMENT**

IMPACT STOREFRONT DESIGNS.,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 5, 2023, the petition to enforce the arbitration award dated July 25, 2022 is granted. Judgment entered as follows: 1) In the amount of $2,600.70, consisting of $1,123.08 in overtime benefits, $977.62 in wages, and a $500 fine; 2) Attorney's fees in the amount of $3,600; 3) Court costs in the amount of $622; and 4) Post-judgment interest at the statutory rate.; accordingly, the case is closed.

**Dated:** New York, New York
        June 5, 2023

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                 **BY:**

                                                      **Deputy Clerk**